# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EARL ZINCK**, on behalf of himself and all others similarly situated, | ) ) Case No. 2:23-cv-00549 |
| Plaintiff, | ) ) Judge Robert J. Coville |
| v. | ) ) |
| **KEYSTONE CLEARWATER SOLUTIONS, LLC,** | ) **JOINT STIPULATION OF DISMISSAL** ) **WITHOUT PREJUDICE** ) |
| Defendant. | ) ) ) |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of this action, in its entirety, without prejudice.

Respectfully Submitted,

**NILGES DRAHER LLC**

*/s/ Shannon M. Draher*
Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
7034 Braucher St., N.W., Ste. B
North Canton, OH 44720
Telephone:   (330) 470-4428
Facsimile:    (330) 754-1430
Email:         sdraher@ohlaborlaw.com
                  hans@ohlaborlaw.com

*Counsel for Representative Plaintiff*

**FROST BROWN TODD LLP**

*/s/ Katherine Koop Irwin (with permission)*
Katherine Koop Irwin (PA ID 206432)
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone:   (412) 513-4273
Facsimile:    (412) 513-4299
Email:         kirwin@fbtlaw.com

*Counsel for Defendant*

AND NOW, this 19th day of May, 2023,
it is so ordered.

/s/Robert J. Colville
United States District Judge